

# Fourth Court of Appeals
## San Antonio, Texas

November 23, 2015

No. 04-15-00471-CR

Donte Lewayne **WILSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR4061
Honorable Melisa Skinner, Judge Presiding

## O R D E R

Appellant's brief was due on October 22, 2015. On November 2, 2015, the clerk of this court notified appellant's attorney that appellant's brief was late and asked appellant's attorney to respond to this court in writing within 10 days. *See* TEX. R. APP. P. 38.8(b)(2). The Clerk's letter informed counsel to provide a reasonable explanation for failing to timely file the brief. The letter also required that any response "should also demonstrate that you are taking affirmative steps to remedy the deficiencies." Further, the letter informed the attorney that if he intends for his response "to act as a motion for extension of time, it must comply with Texas Rule of Appellate Procedure 10.5 and the Fourth Court of Appeals's local rules."

Appellant's attorney did not respond by the due date of November 12, 2015. On November 17, 2015, 26 days after the brief was due, Appellant's attorney filed a motion for extension of time of an additional 30 days.

Given the extensions already allowed and appellant's attorney's failure to respond to this Court's orders, the motion for extension of time is granted in part. We ORDER appellant's attorney to file appellant's brief on or before December 7, 2015. No further extensions of time will be allowed.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of November, 2015.



Keith E. Hottle
Clerk of Court